UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY D. POUGH,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00191-MMD-VPC<br><br>ORDER |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Jerry D. Pough, a Nevada prisoner. Pough initiated this action, *pro se*, on April 30, 2018. On May 8, 2018, the Court granted Pough's application to proceed *in forma pauperis*, screened Pough's petition and ordered it served on respondents, appointed counsel for Pough (the Federal Public Defender for the District of Nevada ("FPD")), set a deadline for the appearance of respondents, and set a deadline for appearance of Pough's counsel. (*See* Order entered May 8, 2018 (ECF No. 3).) Respondents appeared on May 11, 2018 (ECF No. 4). Pough's counsel appeared on May 29, 2018 (ECF No. 5). Pough is due to file an amended petition for writ of habeas corpus, with counsel, on September 10, 2018. (*See* Order entered June 11, 2018 (ECF No. 8).)

On May 29, 2018, the Court received from Pough, for filing, a *pro se* motion for preliminary injunction (ECF No. 6). The Court denied that motion, on June 11, 2018, on the ground that Pough is represented by counsel, and, therefore, under Local Rule LR IA

1 11-6(a), must appear and act in this case through his counsel. (*See* Order entered June 11, 2018 (ECF No. 8)).

On July 2, 2018, again acting *pro se* despite the appointment of counsel for him, Pough filed another motion for preliminary injunction (ECF No. 10), a motion for reconsideration of the June 11, 2018, order (ECF No. 12), and two affidavits (ECF Nos. 9, 11). The Court will deny those motions, as well, on the ground that Pough is represented by counsel, and must act through counsel in this case. *See* Local Rule LR IA 11-6(a). Further, the Court reiterates that if Pough wishes to pursue a remedy concerning the conditions of his confinement, he must initiate a separate civil rights action, pursuant to 42 U.S.C. § 1983.

On August 1, 2018, Pough filed a notice of appeal (ECF No. 13), apparently appealing from the orders entered May 8, 2018 (ECF No. 3) and June 11, 2018 (ECF No. 8).

It is therefore ordered that the petitioner's motion for preliminary injunction (ECF No. 10) is denied.

It is further ordered that the petitioner's motion for reconsideration (ECF No. 12) is denied.

It is further ordered that the petitioner is denied a certificate of appealability with respect to this order.

It is further ordered that the petitioner is denied a certificate of appealability with respect to the May 8, 2018, order (ECF No. 3).

It is further ordered that the petitioner is denied a certificate of appealability with respect to the June 11, 2018, order (ECF No. 8).

It is further ordered that the Clerk of the Court is directed to send a copy of this order to the petitioner (Inmate No. 1128263, Ely State Prison, P.O. Box 1989, Ely, NV 89301).

///

///

1 | It is further ordered that the Clerk of the Court is directed to transmit a copy of this
2 | order to the Ninth Circuit Court of Appeals.

DATED THIS 27th day of August, 2018.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE