UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY D. POUGH,<br><br>                  Petitioner,<br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                  Respondents. | Case No. 3:18-cv-00191-MMD-CBC<br><br>ORDER |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Jerry D. Pough, a Nevada prisoner. Pough, who is represented in this case by appointed counsel, was due to file an amended habeas petition by September 10, 2018. (*See* Order entered June 11, 2018 (ECF No. 8).)

On September 20, 2018, Pough filed a motion for an extension of time (ECF No. 17), requesting a 172-day extension of time to March 1, 2019, for his amended petition. This would be the first extension of this deadline. Essentially, Pough's counsel states that the extension of time is necessary because of the complexity of the case. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant the motion for extension of time. However, in light of the amount of time Pough will have had to file his amended petition, the Court will not look favorably upon any motion to further extend this deadline.

1    This order, granting this extension of time, does not reflect any view of the Court regarding the application of any statute of limitations in this case, and it is not intended to toll, or otherwise affect the running of, any applicable limitations period.

It is therefore ordered that petitioner's Motion for Extension of Time (ECF No. 17) is granted. Petitioner will have until March 1, 2019, to file an amended habeas petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered June 11, 2018 (ECF No. 8) will remain in effect.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere, for Timothy Filson, on the docket for this case, as the respondent warden.

DATED THIS 10th day of September, 2018.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE