UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY D. POUGH,<br><br>                Petitioner,<br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:18-cv-00191-MMD-CBC<br><br>ORDER |

In this habeas corpus action, the Petitioner, Jerry D. Pough, represented by appointed counsel, filed an amended habeas petition on February 28, 2019 (ECF No. 23). After a 59-day extension of time, Respondents were due to respond to the amended petition by June 27, 2019. (ECF No. 8 (providing 60 days for a response); ECF No. 28 (59-day extension).)

On June 26, 2019, Respondents filed a motion for extension of time (ECF No. 29), requesting an extension of time to August 26, 2019—a 60-day extension—for their response to the amended petition. Respondents' counsel states that the extension of time is necessary because of the complexity of the case and because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

The Court will thus grant the motion for extension of time, and will extend the deadline for the response to the amended petition to September 10, 2019—a 75-day extension. The Court grants the extension of time for 75 days, instead of the 60 days requested, to forestall the need for another extension of this deadline. The Court will not look favorably upon any motion to further extend this deadline.

1    It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 29) is granted. Respondents will have until September 10, 2019, to file a response to the amended habeas petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered June 11, 2018 (ECF No. 8) will remain in effect.

DATED THIS 27th day of June 2019.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE